UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re SARAH ANNE HENDIN,<br><br>Appellant<br><br>v.<br><br>CRYSTAL MARIE FAULCONER,<br><br>Appellee. | 2:26-cv-02019<br><br>STIPULATED MOTION AND ORDER TO ADD APPELLEE |

The parties in this matter stipulate and agree that Jason Wilson-Aguilar, Chapter 13 Trustee, as the party who recommended confirmation of the plan in the underlying Chapter 13 bankruptcy proceeding, is a necessary party to the appeal of the confirming order.

As such, the parties agree that Jason Wilson-Aguilar, in his capacity as Chapter 13 Trustee, shall be added to this proceeding as an appellee. The existing deadlines in this proceeding shall apply to all parties.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 8/18/26

*/s/ David Smith*
David Smith, WSBA # 29824
201 Saint Helens Avenue
Tacoma, WA 98402
Telephone (253) 272-4777
Attorney for Appellant

DATED: 8/18/26

*/s/ Emily Jarvis*
Emily Jarvis, WSBA # 41841 for
Jason Wilson-Aguilar, Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101-4100
Telephone (206) 624-5124
ejarvis@seattlech13.com

DATED: 8/18/26

*/s/ Susan Skelton*
Susan Skelton, WSBA # 47154
Skelton Law Firm
1812 Hewitt Ave, Suite 210
Everett, WA 98201
Telephone (360) 822-7224
Attorney for Appellee Crystal Marie Faulconer
susan@skeltonlawfirms.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 19th day of August, 2026.

John H. Chun
John H. Chun
United States District Judge